| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cr-00363 |
|---|---|---|---|

UNITED STATES OF AMERICA

*versus*

ALEJANDRO VALENZUELA-RAZO

*United States Courts Southern District of Texas FILED JUN 07 2019 David J. Bradley, Clerk of Court*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rolando Ramos<br>Ramos & Del Cueto, PLLC<br>823 Hoefgen Avenue<br>San Antonio, TX 78210<br>210-212-9000 rolando@rradc.com<br>Texas 24000988<br>Western District of Texas 24000988 |
|---|---|

| Name of party applicant seeks to appear for: | ALEJANDRO VALENZUELA-RAZO |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: June 7, 2019 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 6-7-19 | Clerk's signature: K. Pirtle |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge