UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| Vs. | § | No. H-19-363-5 |
| ALEJANDRO VALENZUELA-RAZO, | § | |
| Defendant. | § | |

### ORDER FOR CONDITIONS OF RELEASE

Having considered Defendant's unopposed motion for release pending sentencing, the Court hereby **ORDERS** that Alejandro Valenzuela-Razo be released after the below condition has been met:

The Federal Detention Center must appropriately quarantine Defendant for up to 14 days pending his release to ensure he has not been infected with COVID-19;

**Additionally, the following bond and conditions are imposed to address the issues of nonappearance and danger to the community:**

1. $ 50,000 Unsecured Bond

2. Defendant's sister, Brenda Mosqueda, act as a third-party custodian

3. The defendant must reside with his sister, Brenda Mosqueda at (407 Country Road 404 Space 10, Pecos, Texas, 79772)

4. Pretrial Services Supervision

5. Maintain or actively seek verifiable employment.

6. Obtain no passport / Surrender passport.

7. Travel restricted to Reeves County, Texas, with permission to travel to Houston, Texas, for court related matters, not travel to Mexico for any reason

8. Avoid all contact with co-defendant(s), victims or potential victims.

9. Refrain from possessing a firearm, destructive device, or other dangerous weapons.

10. Refrain from excessive use of alcohol.

11. Refrain from use or unlawful possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.

12. Participate in an electronic monitoring program as directed by the U.S. Probation Office and pay costs associated with such monitoring based on the ability to pay as determined by the U.S. Probation Office. To include:

    - **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the U.S. Probation Office.

    - **Active GPS** monitoring.

13. Comply with court obligations in (County, City, State, etc.).

14. Report Contact with Law Enforcement.

15. The defendant will incur the costs associated with any services related to drug testing, treatment, housing placement, and or/location monitoring based on the ability to pay as determined by U.S. Probation.

SIGNED on April 9, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge